United States District Court
Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   JEFFREY FROST, et al.,                    Case No. 21-cv-02137-SK

8                  Plaintiffs,

9        v.                                   **JUDGMENT**

10  SAFEWAY, INC.,

11                 Defendant.

12       Pursuant to the Court's Order granting Defendant's motion to dismiss, judgment is hereby

13  entered in favor of Defendant and against Plaintiffs.

14       **IT IS SO ORDERED AND ADJUDGED**.

15  Dated: July 19, 2021

16  _____

17  SALLIE KIM
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28